NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEONTAY BAKER, DOC #H0418,                    )
                                              )
            Appellant,                        )
                                              )
v.                                            )        Case No. 2D17-4809
                                              )
STATE OF FLORIDA,                             )
                                              )
            Appellee.                         )
_____)

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Keontay Baker, pro se.

PER CURIAM.

            Affirmed.

NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, J.J., Concur.